THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN WEILER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:26-cv-00378-JNW<br><br>**ORDER ON DEFENDANT AMAZON.COM, INC.'S MOTION TO STAY LITIGATION**<br><br>NOTE ON MOTION CALENDAR:<br>April 9, 2026 |

**ORDER**

THIS MATTER came before the Court on Defendant Amazon.com, Inc.'s Motion to Stay Litigation. Having fully considered the parties' positions on the matter, including all papers submitted regarding the Motion, the Court **HEREBY ORDERS**:

(A) Defendants' Motion is **GRANTED**.

(B) This action is stayed in its entirety, including any discovery, pending the resolution of the *Amazon Returns* Settlement proceedings.

(C) The Parties shall submit a joint report to the Court within 30 days of the resolution of the *Amazon Returns* Settlement proceedings.

**IT IS SO ORDERED**.

Dated this 24th day of July, 2026.

Honorable Jamal N. Whitehead
United States District Court Judge

Presented by:

FENWICK & WEST LLP

*/s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036

FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email: dfeit@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.